**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**HARLIE THACKER**                                                                                    **PLAINTIFF**
**ADC #152566**

**v.**                         **CASE NO: 5:14CV00129 BSM**

**WENDY KELLEY** *et al*.                                                         **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young has been received. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, defendant Wendy Kelley's motion for summary judgment [Doc. No. 10] is granted and plaintiff Harlie Thacker's claims against Kelley are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE