**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**HARLIE THACKER**                                                                     **PLAINTIFF**
**ADC #152566**

**v.**                          **NO: 5:14CV00129 BSM**

**WENDY KELLEY, et al.**                                                **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge H. David Young has been received. No objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED THAT defendant Corizon, LLC's motion for summary judgment [Doc. No. 37] is denied.

DATED this 15th day of December 2014.

                                                                    UNITED STATES DISTRICT JUDGE