# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HARLIE THACKER**  **PLAINTIFF**
ADC #152566

v.  **CASE NO: 5:14CV00129 BSM**

**WENDY KELLEY et al.**  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and the plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against defendant Sharon King are dismissed without prejudice.

IT IS SO ORDERED this 31st day of December 2015.

_____
UNITED STATES DISTRICT JUDGE