**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**HARLIE THACKER**                                                                                      **PLAINTIFF**
**ADC #152566**

**V.**                            **CASE NO: 5:14CV00129 BSM**

**WENDY KELLEY, et al.**                                                                          **DEFENDANTS**

### ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 51] is granted, and Thacker's complaint is dismissed.

2. Thacker's complaint is dismissed without prejudice with respect to his claims against Wendy Kelley and Sharon King, and the complaint is dismissed with prejudice with respect to his claims against all other defendants.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 10th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE